

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2019

No. 04-18-00591-CV

**IN RE CONSERT LLC**,
Christopher Baker, James Kerr, Frank McCamant, and Stephens Inc.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Relators filed an unopposed motion to dismiss their petition for writ of mandamus. We grant the motion and DISMISS the petition for writ of mandamus. The abatement order issued by this court on March 27, 2019 is WITHDRAWN. The "Unopposed Emergency Motion to Reinstate Case . . . and Motion to Dismiss Appeal" filed by the real parties is interest is DENIED AS MOOT.

It is so **ORDERED** on March 28, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-05787, styled *James E. Bennett, Jr., et al. v. Roy J. Moore, et al.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.